IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JIMMY FRANKLIN HOWELL SR | : | NO: 02-71631 jtl |
| SHAWN A. HOWELL | | |
| | : | |
| | : | CHAPTER 7 |
| Debtor(s) | : | |

## TRUSTEE'S NOTICE OF PAYMENT INTO COURT

COMES NOW WALTER W. KELLEY, Trustee of the above estate, and hereby shows the following:

-1-

Pursuant to and in accordance with §347(a) of Title 11, Unites States Code (the "Bankruptcy Code"), I hereby give notice that I am paying into the Court the unpaid final dividend check(s) identified in Paragraph 2 in the sum of $19,816.41.

-2-

Pursuant to and in accordance with Rule 3011 of the Federal Rules of Bankruptcy Produce, the last known name and address of each entity whose final dividend check has not been presented for payment within ninety (90) days of issuance or returned to the Trustee, the number of such check, and the amount that such entity is entitled to be paid from the remaining property of the estate that is being paid into the Court as follows:

| **Name and Last Known Address** | **Check No.** | **Amount** |
|---|---|---|
| The Belk Center, Inc.<br>c/o Creditors Bankruptcy Services<br>P.O. Box 740993<br>Dallas, TX 75374 | 1014 | $468.50 |
| Capital One<br>P.O. Box 530092<br>Atlanta, GA 30353 | 1017 | $2,753.14 |
| Cingular Wireless<br>P.O. Box 530011<br>Atlanta, GA 30353 | 1018 | $213.24 |

| | | |
|---|---|---|
| Ford Motor Credit<br>P.O. Box 7151<br>Springfield, OH  45501 | 1020 | $8,135.50 |
| Sears<br>86 Annex<br>Atlanta, GA  30386 | 1028 | $4,597.50 |
| Sears<br>86 Annex<br>Atlanta, GA  30386 | 1029 | $1,912.46 |
| Tifton Orthopedic Clinic<br>P.O. Box 1228<br>Tifton, GA  31793 | 1030 | $166.35 |
| Wal Mart<br>P.O. Box 628041<br>Orlando, FL  32862 | 1033 | $1,569.72 |

These claims were filed by the Trustee; therefore, no additional information is provided to locate creditors.

WHEREFORE, the Trustee respectfully requests that this report be approved.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee
P.O. Box 70879
Albany, Georgia  31708
(229) 888-9128

## CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing to Elizabeth A. Hardy, Assistant U. S. Trustee, by either the court's electronic filing system or at Ustp.region21.mc.ecf@usdoj.gov this 2nd day of September 2010.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee