# UNITED STATES BANKRUPTCY COURT
## Middle DISTRICT OF Georgia

In re
**Jimmy Franklin Howell, Sr. and Adamson Howell**

Debtor(s).

**Case No. 02-71631**

RECEIVED 2011 FEB 10 P 2: 05 CHAPTER 13 TRUSTEE FILED U.S. Bankruptcy Court FEB 10 2011 Deputy Clerk Columbus, Georgia

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO CLAIMANT

There having been a dividend check in the above named case issued to Citibank USA NA, in the amount of $4597.50, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk of the Court for transmission to the United States Treasury.

NOW COMES PYOD, LLC c/o Resurgent Capital Services, claimant, in the above matter and says that they did not receive the check for the following reason. Resurgent Capital Services purchased the following account (s) from Citibank USA NA on 10-31-2006. There was no change of address submitted.

Therefore, application is hereby made for the entry of an order directing the Clerk of the Court to pay unclaimed money in the amount of $4597.50 to PYOD, LLC c/o Resurgent Capital Services and to mail the check to P.O. Box 10587 Greenville, SC 29603.

02-03-2011
Date:

Legal Service Specialist
Resurgent Capital Services
15 South Main Street
Greenville, SC 29601
864-248-5028

### CERTIFICATE OF SERVICE

I hereby certify by my signature above that a copy of this application was mailed on 2-3-11
_____ to:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF Middle Georgia

In re

**Jimmy Franklin Howell, Sr. and Adamson Howell**

Debtor(s).  Case No. 02-71631

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application, and in accordance with 11 U.S.C. Section 347 (a) and Bankruptcy Rule 3011, the court finds that funds in the amount of $4597.50, constituting unclaimed funds, are due to PYOD, LLC c/o Resurgent Capital Services, for reasons stated in the application.

IT IS ORDERED that, pursuant to 11 U.S.C. Section 347 (a) and Bankruptcy Rule 3011, the Bankruptcy Clerk, District of Middle Georgia, pay this unclaimed money to the order of:

PYOD, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603


Dated: 02-03-2011

United States Bankruptcy Judge
District of Middle Georgia

Submitted by: B. McDowell
Legal Service Specialist
Resurgent Capital Services
15 South Main Street
Suite 700
Greenville, SC 29601
Tel: 864-248-5028

UNITED STATES BANKRUPTCY COURT
DISTRICT OF Middle Georgia

In re
**Jimmy Franklin Howell, Sr. and Adamson Howell,**

Debtor(s).  Case No. 02-71631

STATEMENT OF IDENTIFICATION

Resurgent Capital Services, claimant, in the above matter hereby provides their Tax Identification number of 26-0868365. Please forward this document to the Financial Department.

2·3·11
Date

_[signature]_
Legal Service Specialist
Resurgent Capital Services
15 South Main Street
Suite 700
Greenville, SC 29601
864-248-5028



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re   Jimmy Franklin Howell, Sr. and
           Adamson Howell                                )
                                                         ) CHAPTER 7
                                                         )
                                                         ) CASE NUMBER    02-71631
                                                         )
                                                         ) ORDER FOR PAYMENT
Debtor(s)                                                ) OF UNCLAIMED FUNDS
_____ )

There having been a dividend check in the above-named case issued to Citibank , in the amount of $4597.50 and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to PYOD, LLC, and service having been made on the Office of the United States Attorney;

IT IS ORDERED that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay PYOD, LLC unclaimed money in the amount of $4597.50 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF Vermont

In re: Jimmy Franklin Howell, Sr. ) Case No. 02-71631
&Adamson Howell )
) Chapter: 07
)
)
)
Debtors )

## AFFIDAVIT OF SHERRIE A. EMERSON

I, SHERRIE EMERSON, hereby declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am Senior Director of Resurgent Capital Services. I am an authorized representative of Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD, LLC and Ashley Funding

3. I am authorized to make this Affidavit on behalf of Creditor.

4. I authorize Latoya Pulley, a Legal Service Coordinator, employed by Creditor to file this petition on behalf of Resurgent Capital Services, Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding.

_____
SHERRIE A. EMERSON

1

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

  On February 2, 2011, before me Robin Underwood, personally appeared Sherrie A. Emerson, personally known to me as the person whose name is subscribed to the above instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon whose behalf he/she acted, executed the instrument.

Robin Underwood
Notary Public
My Commission Expires: 3-09-2019

2

DCL/MAK/06





The above copy of South Carolina driver's license in the name of LaToya McDowell is a true and exact copy of the original.

LaToya McDowell

State of South Carolina

County of Greenville

On February 3, 2011 ~~2010~~ before me Robin Underwood, personally appeared LaToya McDowell, personally known to me as the person whose name is subscribed above.

Robin Underwood
Notary Public

My commission expires: 3-09-2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| In re: | : | BANKRUPTCY CASE |
|---|---|---|
| JIMMY FRANKLIN HOWELL SR<br>SHAWN A. HOWELL | :<br>:<br>: | NO: 02-71631 jtl |
| | : | CHAPTER 7 |
| Debtor(s) | : | |

## TRUSTEE'S NOTICE OF PAYMENT INTO COURT

COMES NOW WALTER W. KELLEY, Trustee of the above estate, and hereby shows the following:

-1-

Pursuant to and in accordance with §347(a) of Title 11, Unites States Code (the "Bankruptcy Code"), I hereby give notice that I am paying into the Court the unpaid final dividend check(s) identified in Paragraph 2 in the sum of $19,816.41.

-2-

Pursuant to and in accordance with Rule 3011 of the Federal Rules of Bankruptcy Produce, the last known name and address of each entity whose final dividend check has not been presented for payment within ninety (90) days of issuance or returned to the Trustee, the number of such check, and the amount that such entity is entitled to be paid from the remaining property of the estate that is being paid into the Court as follows:

| Name and Last Known Address | Check No. | Amount |
|---|---|---|
| The Belk Center, Inc.<br>c/o Creditors Bankruptcy Services<br>P.O. Box 740993<br>Dallas, TX 75374 | 1014 | $468.50 |
| Capital One<br>P.O. Box 530092<br>Atlanta, GA 30353 | 1017 | $2,753.14 |
| Cingular Wireless<br>P.O. Box 530011<br>Atlanta, GA 30353 | 1018 | $213.24 |

| | | |
|---|---|---|
| Ford Motor Credit<br>P.O. Box 7151<br>Springfield, OH 45501 | 1020 | $8,135.50 |
| Sears<br>86 Annex<br>Atlanta, GA 30386 | 1028 | $4,597.50 |
| Sears<br>86 Annex<br>Atlanta, GA 30386 | 1029 | $1,912.46 |
| Tifton Orthopedic Clinic<br>P.O. Box 1228<br>Tifton, GA 31793 | 1030 | $166.35 |
| Wal Mart<br>P.O. Box 628041<br>Orlando, FL 32862 | 1033 | $1,569.72 |

These claims were filed by the Trustee; therefore, no additional information is provided to locate creditors.

WHEREFORE, the Trustee respectfully requests that this report be approved.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee
P.O. Box 70879
Albany, Georgia 31708
(229) 888-9128

## CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing to Elizabeth A. Hardy, Assistant U. S. Trustee, by either the court's electronic filing system or at Ustp.region21.mc.ecf@usdoj.gov this 2nd day of September 2010.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee

B10 (Official Form 10)
(Rev. 6/91)

| United States Bankruptcy Court<br>Middle District of Georgia | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>Jimmy Franklin Howell, Sr.<br>Shawn A. Howell | Case Number<br>02-71631-jtl |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(The person or entity to whom the debtor owes money or property)<br>Sears    Account #1150123157390 | [] Check box if you are aware that anyone else has filed a proof of claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Addresses Where Notices Should be Sent<br>Sears<br><br>86 Annex<br>Atlanta, GA 30386-0001 | [] Check box if you have never received any notices from the bankruptcy court in this case.<br><br>[] Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim: [] replaces a previously filed claim, dated·<br>[] amends |
|---|---|

1 BASIS FOR CLAIM·

[] Goods Sold
[] Services performed
[X] Money loaned
[] Personal injury/wrongful death
[] Taxes
[] Other (Describe briefly)

[] Retiree benefits as defined in 11 U.S.C § 1114(a)
[] Wages, salaries, and compensations (Fill out below)
   Your social security number
   Unpaid compensations for services performed
   from  to

2 DATE DEBT WAS INCURRED·

3 IF COURT JUDGMENT, DATE OBTAINED·

4 CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM

[] SECURED CLAIM $
Attach evidence of perfection of security interest
Brief Description of Collateral:
[] Real Estate  [] Motor Vehicle  [] Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $

[X] UNSECURED NONPRIORITY CLAIM
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

[] UNSECURED PRIORITY CLAIM $
Specify the priority of the claim.
[] Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C § 507(a)(3)

[] Contributions to an employee benefit plan - 11 U.S.C §507(a)(4)

[] Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(6)

[] Taxes or penalties of governmental units - 11 U.S.C § 507(a)(7)

[] Other - 11 U.S.C §§ 507(a)(2), (a)(5) - (Describe briefly)

5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED·

$ 4118.00 (Unsecured)   $ (Secured)   (Priority)   $ 4118.00 (Total)

[ ] Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such a promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addresses envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>11-1-05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*[signature]*  Thomas D. Lovett<br>Attorney for Trustee |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571



# RESURGENT
## Capital Services

| Account Detail | | |
|---|---|---|
| Acct ID: 193998042 | Portfolio ID: 7194 | Account Status: BK - Potential |
| Acct Number: 1711150123157390 | | |

| Account Balance | |
|---|---|
| Principal Balance: 4118.00 | Cost Balance: 0.00 |
| | Total Current Balance: 4118.00 |

| Additional Account Data | | |
|---|---|---|
| Last Pmt Date: | Current Owner: PYOD LLC | Last Purchase Date: 1/5/2002 |
| Last Pmt Amt: 0.00 | | Last Purchase Amt: |
| | | Net Pmt Amt: |
| Chg Off Date: 1/13/2003 | Purchase Date: 10/31/2006 | Funding Date: 10/1/2010 |
| Chg Off Balance: 4118.00 | | Funding Source: Not Financed |
| Orig Placement Balance: 4118.00 | Date of first Delinq: 1/13/2002 | Misc Data 1: PHMI |
| Origination Date: 1/5/2002 | | Misc Data 2: RTSL |
| Sold To SFG By: Citibank | Product Source: Citibank | Misc Data 3: 9/11/2006 |
| CCA Number: | Original Merchant: | Misc Data 4: job2a |
| CCA Start Balance: | CCA Proposed Pmt: | CCA Accepted Pmt: |
| | CCA Phone: | |



No Collateral for Account

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of October 31, 2006 between Citibank (South Dakota), N.A., a national banking associations organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") Sherman Acquisition LLC ("Buyer"), a Delaware limited liability company, with its principal place of business located c/o Sherman Capital Markets LLC, 200 Meeting Street, Charleston, SC 29401 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated October 31, 2006, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility.

Citibank (South Dakota), N.A.

By: _DOUGLAS C. MORRISON, VP_
Name: _____
Title: _____

Sherman Acquisition LLC

By: _____(Signature)_____
Name: _Laura M Schaible_
Title: _Authorized Signatory_

# AMENDED BILL OF SALE
# ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS AMENDED BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of October 31, 2006, between Citibank (South Dakota), National Association, a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") and Sherman Acquisition LLC ("Buyer"), a Delaware limited liability company, with its principal place of business located c/o Sherman Capital Markets LLC, 200 Meeting Street, Charleston, SC 29401.

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated October 31, 2006, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, who simultaneously transfers the Accounts to LVNV Funding LLC ("Subsequent Buyer"), and to Buyer's successors and assigns, the Accounts described in the attached Exhibit 1.

Bank hereby stipulates that Subsequent Buyer may be substituted for Bank as the valid owner of the Accounts and hereby irrevocably waives any and all notice, hearing requirements imposed by or right to object under Bankruptcy Rule 3001(o)(2) or otherwise.

This Amended Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility, all as more specifically set forth in the Agreement.

Citibank (South Dakota), N.A.

By: _____
(Signature)

Name: DOUGLAS C. MORRISON, VP
CitiCards
Chief Fin. Officer/O & T Finance
0000391879
Sioux Falls, SD
(605) 331-2855

Title: _____

Date: _____

Sherman Acquisition LLC

By: _____
(Signature)

Name: Laura M Schable

Title: Authorized Signatory

Date: _____

7194 Supplement

## SALE AND ASSIGNMENT

LVNV Funding LLC ("LVNV"), without recourse, to the extent permitted by applicable law, hereby transfer, sells, assigns, conveys, grants and delivers to Sherman Acquisition LLC ("Acquisition") all of its right, title and interest in and to the Receivables and other assets purchased by LVNV on **May 19, 2009**, identified on the Receivables File dated **5/19/09** that is hereby delivered to Acquisition and accompanies this Sale and Assignment.

Acquisition, without recourse, to the extent permitted by applicable law, hereby transfer, sells, assigns, conveys, grants and delivers to PYOD LLC ("PYOD") all of its right, title and interest in and to the Receivables and other assets purchased by PYOD on **May 19, 2009**.

Dated: **May 19, 2009**

LVNV Funding LLC
a Delaware limited Liability company

By: _____
Name: Les Gutierrez
Title: Authorized Representative

Dated: **May 19, 2009**

SHERMAN ACQUISITION LLC
a Delaware limited liability company

By: _____
Name: Scott Silver
Title: Authorized Representative

Dated: **May 19, 2009**

PYOD LLC
a Delaware limited liability company

By: _____
Name: Les Gutierrez
Title: Authorized Representative