IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:   *
         *   CASE NO.: 02-71631
Jimmy Howell   *
Shawn Howell   *   CHAPTER 7
         *

**WITHDRAWAL OF MOTION TO REOPEN CASE**

COMES NOW THE DEBTOR by and through his Attorney and Withdraws his Motion to Reopen his case filed with the Bankruptcy Court on 12/23/2010.

This 28th day of February, 2011.

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this date 28th day of February, served a copy of the foregoing Withdrawl of Motion to Reopen Case on

Walter Kelley
P.O. Box 70879
2539 Lafayette Plaza
Albany, GA 31708

by depositing same in the United States Mail with sufficient postage affixed thereon to insure delivery.

This the 28th day of February, 2011.

/s/ Orson Woodall
Orson Woodall
Attorney for Debtor

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040