# United States Bankruptcy Court
## Middle District of Georgia
### Office of the Clerk

WILLIAM E. TANNER
Clerk

Reply to:

☐ 433 Cherry Street
P.O. Box 1957
Macon, GA 31202
(478) 752-3506

☐ 901 Front Avenue
One Arsenal Place
P.O. Box 2147
Columbus, GA 31902
(706) 649-7837

May 9, 2011

PYOD, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

**Re: Motions For Release of Unclaimed Funds Filed by PYOD, LLC, c/o Resurgent Capital Services**

To Whom It May Concern:

Motions were filed with this court on February 20, 2011 requesting the release of unclaimed funds in the amounts of $1912.46 and $4597.50. LaToya McDowell was contacted and advised that the motions, as filed, were not proper.

When a party files an affidavit with the court requesting the release of unclaimed funds; the affidavit, at minimum, must include a notarized signature of the claimant, a brief history of the claim, the name, address and telephone number of the claimant, and the claimant's tax identification number. A photocopy of identification such as a driver's license or passport of the party entitled to the funds must also be provided as additional information. The affidavit must also provide proof of service being made on the U.S. Attorney.

When the owner of record is a successor claimant, a corporate power of attorney signed by an officer, a corporate seal, a statement of the signing officer's authority; and documentation establishing chain of ownership of the original corporate claimant must also be provided. If the claim has been purchased or assigned, documentation will be required evidencing the transfer of claim or proof of the purchase or sale of assets.

Please file amended motions, within the next 15 days, which meet these requirements. If you have any additional questions, please feel free to contact me.

Sincerely,


Benita Stripling
Financial Administrator

modified 05/08